IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA PEREZ, CONSTANTINO PEREZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, CALIFORNIA RECONVEYANCE COMPANY, LASALLE BANK, NA, and DOES 1-50, <br><br> Defendants. | No. C 11-03602 SI <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE; AND VACATING OCTOBER 28, 2011 HEARING** |

On May 26, 2011, plaintiffs filed this suit in San Mateo County Superior Court. Defendants removed this action to the Northern District of California, and this matter has recently been re-assigned to Judge Susan Illston, located at the federal courthouse at 450 Golden Gate Avenue, San Francisco, CA 94010.

On August 2, 2011, defendants JP Morgan Chase Bank, N.A., California Reconveyance Company, and Bank of America, N.A., as a successor by merger to LaSalle Bank NA, filed a motion to dismiss *pro se* plaintiffs' amended complaint. The motion is scheduled for a hearing on October 28, 2011. Pursuant to Civil Local Rule 7-3(a), plaintiffs' opposition was due by August 16, 2011. Plaintiffs have not yet filed an opposition, nor have they communicated in any way with the Court concerning these matters.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE in writing to be filed no later than November 3, 2011**, why this case should not be dismissed without prejudice for failure to prosecute.

*See* Fed. R. Civ. Proc. 41(b). Plaintiffs are notified that an inadequate or untimely response will result in dismissal. **The October 28, 2011 hearing on defendants' motion to dismiss is VACATED, and will be rescheduled if necessary.**

**IT IS SO ORDERED.**

Dated: October 24, 2011

SUSAN ILLSTON
United States District Judge

2