United States District Court
Northern District of California

AMELIA PEREZ and CONSTANTINO PEREZ, JR.,

    Plaintiffs,

vs.

JPMORGAN CHASE BANK et al.,

    Defendants.

Case No. C 11-3602 CW

ORDER POSTPONING ADR ASSESSMENT TELEPHONE CONFERENCE

    On January 12, 2012, the Court issued an order referring this case to the Alternate Dispute Resolution (ADR) Unit for an assessment telephone conference to be held no later than January 31, 2012.  The ADR Unit scheduled the telephone conference for January 23, 2012.  On January 23, 2012, Plaintiff informed the ADR Unit that she has retained counsel for the purpose of representing her at the ADR assessment conference, but that counsel is not available until after January 31, 2012 and asked the ADR Unit to postpone the conference until after this date.

    The Court grants Plaintiff's request to postpone the ADR telephone conference in order to allow her attorney to appear at that conference.  The ADR conference is to be rescheduled to no later than February 15, 2012.

[**Date**]_____1/23/2012_____

CLAUDIA WILKEN
United States District Judge

cc: ADR