IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA PEREZ, An Individual; CONSTANTINO PEREZ JR, An Individual,<br><br>   Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, a National Association F/K/A WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and LASALLE BANK, NA; and DOES 1 through 50, inclusive,<br><br>   Defendants. | No. C 11-3602 CW<br><br>ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT |

  In this action, Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, erroneously sued as JPMorgan Chase Bank, a National Association F/K/A Washington Mutual Bank; California Reconveyance Company; and Bank of America, N.A., successor by merger to LaSalle Bank N.A., as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA1, erroneously sued as LaSalle Bank N.A., moved to dismiss without

leave to amend Plaintiffs' First Amended Complaint. The parties are scheduled for an ADR session at 3:00 pm on July 10, 2012. Thus far, Plaintiffs have not opposed Defendants' motion to dismiss. Plaintiffs shall file a response to the motion on or before July 17, 2012, or face dismissal of their case for failure to prosecute. The July 19, 2012 hearing on the motion is vacated.

IT IS SO ORDERED.

Dated: Õ|→]ÁIÊÁG€FG

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2